■ TIMOTHY DAUGHERTY, an Infant, by His Guardian ad Litem HELEN F. DAUGHERTY, et al., Respondents, v. INTERSTATE MOTOR FREIGHT SYSTEMS, INC., et al., Appellants, et al., Defendants. (Action No. 2.) — Judgment unanimously reversed on the law and facts and a new trial granted, with costs to the appellants to abide the event. Same Memorandum as in *Celani* v. *Interstate Motor Freight Systems* (30 A D 2d 772) decided concurrently herewith. (Appeal from judgment of Erie Trial Term in automobile negligence action.) Present — Bastow, P. J., Goldman, Marsh, Witmer and Henry, JJ.

■ JAMES C. HEANEY, Respondent, v. JAMES PURDY et al., Appellants.— Order unanimously modified in accordance with the memorandum and as so modified affirmed, without costs. Memorandum: Defendants established by documentary evidence that plaintiff's third cause of action for malicious prosecution may not be maintained because the merits of the charge against plaintiff have not been passed upon and plaintiff has not been acquitted thereof. The order appealed from should, therefore, be modified by substituting for the words " denied in all respects " the words " granted to the extent of dismissing the third cause of action and in all other respects denied." No motion having been made under CPLR 3211 (subd. [a], par. 7) to dismiss for failure to state a cause of action, we do not pass upon that question. (Appeal from order of Erie Special Term denying motion to dismiss complaint.) Present — Bastow, P. J., Goldman, Marsh, Witmer and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACKIE LEE BUFFINGTON, Appellant.— Motion granted and order of February 15, 1968 [29 A D 2d 229] amended by striking the words " and facts ". Present — Williams, P. J., Bastow, Goldman, Del Vecchio and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v: MANUEL JOHNSON, Appellant.— Motion granted and order of February 15, 1968 [29 A D 2d 229] amended by striking the words " and facts ". Present — Williams, P. J., Bastow, Goldman, Del Vecchio and Henry, JJ.